UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF OHIO

Travis Lanier Williams,  TLW   Date: ( 4/21/21 )

Plaintiff,  Complaint  Mediation Assignment

presentment

VS

for payment for the defendant

Ohio department of Medicaid,  and reliance on Title 50 U.S.C. 4305,
~~4305.~~   (b), (2),

Defendant,

Plaintiff: Travis Lanier Williams, whose address is: 1955 Kipling drive Dayton, Ohio 45406-3821,

Defendant: Ohio department of Medicaid whose attorney address is: Angela M. Sullivan, atty. Reg. No. 0075070, 30 East Broad Street, 26th Floor, Columbus, Ohio 43215

3:21 cv 125

THOMAS M. ROSE

TABLE OF CONTENTS:

EXPLAINATION ON WHY THIS CASE IS A GENERAL INTEREST TO FEDERAL LAW AND STATE LAW AND WHY THE DISTRICT COURT HAS JUSIDICITION HEAR: Page 3-5

STATEMENT OF FACTS: Page 5

   Propositions of law no# 1: Page 5

Propositions of law no# 2: Page 5
Relief: Page 5,

EXPLANATION ON WHY THIS CASE IS A GENERAL INTEREST TO FEDERAL LAW AND STATE LAW AND WHY THE DISTRICT COURT HAS JUSIDICITION HEAR:

I plaintiff hereinafter Mr. Williams, has in interest in my great-grandmothers home by heirship, see Montgomery County recorder file no: 2020-00030909, there is and lien filed on behalf of the defendant upon my great-grandmother's home prior to me claiming and interest as stated above. The defendant is and financial institution that are designated depositories as financial agents for the United States Government by being state government authorized to receive deposit of public money anything of value issued for consideration this is and presentment for and bill of exchange for payment to the defendant and reliance on Title 50 U.S.C. 4305. (b), (2), and accordance with Title 31 U.S.C. 1501, 3303, 5312, R.C. 1.03, 1303.10, 1303.33, 1303.61, emphasis added below.

31 U.S. Code § 1501.Documentary evidence requirement for Government obligations

**a)** An amount shall be recorded as an obligation of the United States Government only when supported by documentary evidence of—
**(1)** a binding agreement between an agency and another person (including an agency) that is—
**(A)**
in writing, in a way and form, and for a purpose authorized by law; and
**(C)**
within specific monetary limits;

Section 1303.61 | Presentment - UCC 3-501.
(A) "Presentment" means a demand made by or on behalf of a person entitled to enforce an instrument to pay the instrument made to the drawee or a party obliged to pay the instrument or, in the case of a note or accepted draft payable at a bank, to the bank or to accept a draft made to the drawee.

31 U.S. Code § 3303.Designation of depositaries

**(a)**
The Secretary of the Treasury designates depositaries of money as provided in this section and under other law.
**(b)**
When necessary to carry out the business of the United States Government and under conditions the Secretary decides are necessary, the Secretary may designate depositaries in foreign countries and in territories and possessions of the United States to receive deposits of public money. The Secretary shall give preference to United States financial institutions the Secretary decides are safe and able to give the service required.

31 U.S. Code § 5312 - Definitions a **(2)** "financial institution" means—

**(W)**
an agency of the United States Government or of a State or local government carrying out a duty or power of a business described in this paragraph;

Section 1.03 | Anything of value defined.

As used in any section of the Revised Code for the violation of which there is provided a penalty or forfeiture, unless the context otherwise requires, "anything of value" includes: (C) Promissory notes, bills of exchange, orders, drafts, warrants, checks, or bonds given for the payment of money;

Section 1303.10 | Payable to bearer or to order - UCC 3-109.
(B) A promise or order that is not payable to bearer is payable to order if it is payable to the order of an identified person or to an identified person or order.

(C) A promise or order that is payable to order is payable to the identified person.

Section 1303.33 | Value and consideration - UCC 3-303.

(A) An instrument is issued or transferred for value if any of the following apply (1) The instrument is issued or transferred for a promise of performance, to the extent the promise has been performed.

(B) "Consideration" means any consideration sufficient to support a simple contract. The drawer or maker of an instrument has a defense if the instrument is issued without consideration. If an instrument is issued for a promise of performance, the issuer has a defense to the extent performance of the promise is due and the promise has not been performed. If an instrument is issued for value as stated in division (A) of this section, the instrument is also issued for consideration.:

50 U.S. Code § 4305 - Suspension of provisions relating to ally of enemy; regulation of transactions in foreign exchange of gold or silver, property transfers, vested interests, enforcement and penalties

**(b), (2),**
Any payment, conveyance, transfer, assignment, or delivery of property or interest therein, made to or for the account of the United States, or as otherwise directed, pursuant to this subdivision or any rule, regulation, instruction, or direction issued hereunder shall to the extent thereof be a full acquittance and discharge for all purposes of the obligation of the person making the same; and no person shall be held liable in any court for or in respect to anything done or omitted in good faith in connection with the administration of, or in pursuance of and in reliance on, this subdivision, or any rule, regulation, instruction, or direction issued hereunder.
And accordance with the repealed act of June 5th 1933, and the enacting clause supporting title 50 U.S.C. 4305.(b),(2), stating the term obligation means anything made to or for the United States, emphasis added below.
73d CONGRESS. SESS. I. CHS. 48, 49. JUNE 5, 6, 1933. 113
(b) As used in this resolution, the term "obligation " means an "obligation" obligation (including every obligation of and to the United States, ed. excepting currency) payable in money of the United States;

**ENACTING CLAUSE**

Section 1 of Pub. L. 97–258, Sept. 13, 1982, 96 Stat. 877, provided in part that: "Certain general and permanent laws of the United States, related to money and finance, are revised, codified, and enacted as title 31, United States Code, 'Money and Finance'. . . ."

STATEMENT OF FACTS:

And accordance with title 31 U.S.C. 1501, there must be documentary evidence for and government obligation that was repealed act of June 5th 1933, and title 50 U.S.C. 4305. (b), (2), any payment made to or for the account of the United States shall be a full acquittance and discharge made and any court for payment to the defendant and I shall not be liable for anything done and good faith.

Propositions of law no# 1:
And accordance with Ohio Revised Code 1.11, the common law such as the constitution of the United States of America and the State of Ohio constitution shall have effect against the remedial laws such as and reliance on Title 50 U.S.C. 4305. (b), (2), emphasis added below.

Section 1.11 | Remedial laws liberally construed.
Remedial laws and all proceedings under them shall be liberally construed in order to promote their object and assist the parties in obtaining justice. The rule of the common law that statutes in derogation of the common law must be strictly construed has no application to remedial laws; but this section does not require a liberal construction of laws affecting personal liberty, relating to amercement, or of a penal nature.

Propositions of law no# 2:
The southern District court of Dayton, Ohio, Montgomery County, has jurisdiction to hear this case due to title 50 U.S.C. 4305. (b), (2), stating any payment made to or for the account of the United States shall be a full acquittance and discharge and any court.

RELIEF:
There should be consideration granted to me as the plaintiff in this case for payment to the defendant, and reliance on title 50 U.S.C. 4305. (b), (2), upon my bill of exchange, there should be no consideration granted to the defendant thank you.

"I declare (and certify, verify, and state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on ( 4/12/21 ).
(         )".

Plaintiff: Travis Lanier Williams, whose address is: 1955 Kipling drive Dayton, Ohio 45406-3821,

Defendant: Ohio department of Medicaid whose attorney address is: Angela M. Sullivan, atty. Reg. No. 0075070, 30 East Broad Street, 26th Floor, Columbus, Ohio 43215

Certificate of service:
I have made service to the defendant's attorney address as stated above through certified mail#
                                    , on the ( 4/12/21 ), by:
(                                                        ).

BILL OF EXCHANGE,

NON-CASH ITEM,

PUBLIC DEBT OBLIGATION,  Date: (4/21/7),

Drawer:

Travis Lanier Williams, whose address is: 1955 Kipling drive Dayton, Ohio 45406-3821.

Payable to the order of: Ohio Department of Medicaid,

20,000, Twenty thousand dollars

Authorized Signature

For and full
Acquittance and
Discharge upon the court.

Drawee:
United States Government,
BILL OF EXCHANGE,